# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
DANIEL SANCHEZ BORGOS            *
                                 *
                                 *
      Plaintiff                  *
                                 *
v.                               *     Civil No. 07-1592 (SEC)
                                 *
VENEGAS CONSTRUCTION, CORP.      *
                                 *
                                 *
                                 *
      Defendant                  *
***************************************
```

## JUDGMENT

Pursuant to the Notice of Voluntary Dismissal with Prejudice(Docket # 105) as to all defendants filed by the Plaintiffs and FED. R. CIV. P 41(a)(1)(ii), all claims in the above captioned case are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 4th day of December, 2009.

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge